CHARLES F. PREUSS (State Bar No. 45783)
BRENDA N. BUONAIUTO (State Bar No. 173919)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC.
and MCKESSON CORPORATION

E-filing

ORIGINAL FILED

JUN 2 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

C 07 3424 Wh.

| | |
|---|---|
| TERRI RANDALL, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP. and DOES 1-500, inclusive,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF BRENDA N. BUONAIUTO IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) [DIVERSITY]** |

I, Brenda N. Buonaiuto, declare:

1. I am an attorney admitted to practice before all courts of the State of California and am Counsel with Drinker Biddle & Reath, LLP, attorneys for defendants Ortho-McNeil Pharmaceutical, Inc. ("OMP") and McKesson Corporation ("McKesson") in this action. I make this Declaration based on my personal knowledge, in support of OMP's removal of *Terri Randall v. Ortho-McNeil Pharmaceutical, Inc., McKesson Corp., and Does 1-500, inclusive*, Case Number CGC-07-463332 to this Court. I would and could competently testify to the matters stated in this Declaration if called as a witness.

2. A true and accurate copy of the Complaint in this action is attached as **Exhibit A**. The Complaint is the only state court pleading known to OMP and to

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

385884v1

1

DECLARATION IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL    CASE NO.

1  McKesson to have been filed in this action.

2    3.    OMP was and is a corporation existing under the laws of the State of Delaware, with its principal place of business in New Jersey. OMP was served with the Summons and Complaint in this action on June 12, 2007.

    4.    McKesson was served with the Summons and Complaint in this action on June 20, 2007. McKesson consents to removal of this action to this Court.

    5.    OMP will file a notice of the filing of this Notice of Removal and Removal in the San Francisco County Superior Court and will serve plaintiffs' counsel with a copy.

    6.    On March 1, 2006, the Judicial Panel on Multidistrict Litigation ("JPML") created MDL 1742, *In re: Ortho Evra Products Liability Litigation*, ruling that all federal actions involving allegations of injury or death from use of the prescription drug Ortho Evra® be centralized for pre-trial purposes in the United States District Court for the Northern District of Ohio, before the Honorable David A. Katz, Case Number 1:06-CV-40000-DAK. To date, over 500 cases have been transferred to MDL 1742, and transfers of additional "tag-along" actions are pending.

    7.    Attached as **Exhibit B** is a true and accurate copy of the Declaration of Greg Yonko, Senior Vice President – Purchasing, McKesson Corporation, filed in *Abel, Theresa, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al.*, United States District Court, Northern District of California, Case No. C 06 7551 SBA, on December 8, 2006.

    8.    Attached as **Exhibit C** is a true and accurate copy of the Slip Opinion denying the plaintiffs' motion to remand in *Barlow, et al. v. Warner-Lambert Co., et al.*, Case No. CV 03-1647-R(RZx), in the United States District Court for the Central District of California (Western Division), dated April 28, 2003..

    9.    Attached as **Exhibit D** is a true and accurate copy of the Slip Opinion denying the plaintiffs' motion to remand in *Skinner, et al. v. Warner-Lambert Co., et al.*, Case No. CV 03-1643-R(RZx), in the United States District Court for the Central District of California (Western Division), dated April 28, 2003.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

#385884 v1

2
DECLARATION IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL          CASE NO.

10. I have reviewed reports of verdicts and settlements in cases in this judicial district, brought by plaintiffs claiming serious injuries from the use of prescription drugs or medical devices. Given the similarity between the injuries alleged in those cases and plaintiff's claims, it is reasonably believed that if plaintiff succeeded in proving her allegations in this action, she would recover in excess of $75,000, exclusive of interest and costs. Plaintiffs claiming substantially similar injuries in the Ortho Evra® MDL have specifically alleged that the amount in controversy in their respective actions exceeds $75,000, exclusive of interest and costs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 29, 2007.

*Brenda N. Buonaiuto* (signature)
Brenda N. Buonaiuto

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

#385884 v1

3

DECLARATION IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL    CASE NO.