**EXHIBIT B**

1  CHARLES F. PREUSS (State Bar No. 45783)
   BRENDA N. BUONAIUTO (State Bar No. 173919)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   ORTHO-MCNEIL PHARMACEUTICAL, INC.
6  and MCKESSON CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 THERESA ABEL, an individual; LISA C.        Case No. C 06 7551
   ALEXANDER, an individual; LISA
12 ALEXANDER, an individual; NATALIE           DECLARATION OF GREG YONKO IN
   AMBROSE, an individual; NAOMI               SUPPORT OF NOTICE OF REMOVAL
13 ANDERSON, an individual; RONNIE             AND REMOVAL OF ACTION UNDER
   BANKS, an individual; JENNIFER              28 U.S.C. § 1441(b) [DIVERSITY]
14 BARNES, an individual; SHANANE
   BARROW, an individual; ANDREA
15 BREVARD, an individual; MONICA
   BROWN, an individual; ELIZABETH
16 BROXTERMAN, an individual; REGIN
   BRYANT, an individual; LAUREN
17 BUCHANON, an individual; LINDA
   CHAMPION, an individual; O'NESCIAN
18 CLINTON, an individual; RODRINA
   COLLIER, an individual; DENA COMER,
19 an individual; LORI CROSS, an individual;
   KIMBERLY EARLES, an individual;
20 APRIL FIELDER, an individual; MARY
   FREY, an individual; SHERRIE GROVE,
21 an individual; HOLLY HALE, an
   individual; AUDDRETTA HARRISON, an
22 individual; TANESHA KING, an
   individual; VERONICA LIPSCOMB, an
23 individual; LYNNELL LUMPKINS, an
   individual; GABRIELA MENA, an
24 individual; EBONI MITCHELL, an
   individual; ROCHELLE MORRIS, an
25 individual; LATANGELA NEWSOME, an
   individual; DESHA NICKERSON, an
26 individual; SANDRA NORMAN, an
   individual; ISABELLA PARKER, an
27 individual; SUZETTE RAMIREZ, an
28 individual; MONIQUE REED, an

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1/376v1

DECLARATION OF GREG YONKO IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL    CASE NO.

individual; GENEVIEVE RENFRO, an individual; JENNIFER ROUSE, an individual; ELIZABETH SMITH, an individual; TJUANA STEWART-MARK, an individual; LATOSHA UNDERWOOD, an individual; COSONDA WEAVER, an individual; SAMANTHA WINCHESTER, an individual;

Plaintiffs,

v.

ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP. and DOES 1-500, inclusive,

Defendants.

I, GREG YONKO, declare:

1.   I am Senior Vice President - Purchasing for McKesson Corporation ("McKesson"). I make this Declaration based on my personal knowledge and/or information assembled by employees of McKesson, which I am informed and believe to be true. I would and could competently testify to the matters stated in this Declaration if called as a witness.

2.   McKesson was and is a Delaware corporation, with its principal place of business in San Francisco, California.

3.   McKesson was served with the Summons and Complaint in this action on November 15, 2006.

4.   McKesson consents to the removal of this action.

5.   McKesson had no involvement in the development or preparation of the prescribing information for Ortho Evra® and did not have any responsibility for the content of other written warnings concerning Ortho Evra®.

6.   At no time has McKesson had any involvement with the manufacture, development, or testing of Ortho Evra®.

7.   At no time has McKesson had any involvement with the packaging,

1  labeling, advertising, promotion, or marketing of Ortho Evra®.
2      I declare under penalty of perjury under the laws of the United States of America that
3  the foregoing is true and correct. Executed on December 6, 2006, in San Francisco,
4  California.

GREG YONKO

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

DECLARATION OF GREG YONKO IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL  CASE No.