```
 1  CHARLES F. PREUSS (State Bar No. 45783)
    BRENDA N. BUONAIUTO (State Bar No. 173919)
 2  DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
 3  San Francisco, California 94105
    Telephone: (415) 591-7500
 4  Facsimile: (415) 591-7510
 5  Attorneys for Defendants
    ORTHO-MCNEIL PHARMACEUTICAL, INC.
 6  and MCKESSON CORPORATION
```

E-filing

COPY

**ORIGINAL FILED** 07 JUN 29 PM 1:13

WHA

C 07 3424

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRI RANDALL, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP. and DOES 1-500, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>[CIV. L.R. 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this

///
///
///
///
///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

385885v1

1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                                    CASE NO.

proceeding: Defendant Ortho-McNeil Pharmaceutical, Inc. is a wholly owned subsidiary of Johnson & Johnson.

Dated: June 29, 2007

DRINKER BIDDLE & REATH

*/s/ Brenda N. Buonaiuto*
BRENDA N. BUONAIUTO
Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC. and MCKESSON CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

#385885 v1

2
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                    CASE NO