```
CHARLES F. PREUSS (State Bar No. 45783)
BRENDA N. BUONAIUTO (State Bar No. 173919)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC.
and MCKESSON CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRI RANDALL, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP. and DOES 1-500, inclusive,<br><br>Defendants. | Case No. C-07 3424<br><br>DISCLOSURE STATEMENT OF MCKESSON CORPORATION<br>[F.R.C.P. 7.1]<br><br>WHA |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant McKesson Corporation submits the following disclosure statement: There is no parent corporation of McKesson and no publicly held corporation owns 10% or more of its stock.

Dated: June 29, 2007

DRINKER BIDDLE & REATH

/s/ Brenda Buonaiuto
BRENDA N. BUONAIUTO
Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL,
INC. and MCKESSON CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

385888v1

DISCLOSURE STATEMENT                                              CASE NO.