

1  CHARLES F. PREUSS (State Bar No. 45783)
2  BRENDA N. BUONAIUTO (State Bar No. 173919)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California  94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   ORTHO-MCNEIL PHARMACEUTICAL, INC.
6  and MCKESSON CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  TERRI RANDALL, an individual;           Case No. C 07 3424

12                Plaintiff,                 NOTICE OF PENDENCY OF OTHER
                                             ACTION OR PROCEEDING
13          v.                               [CIV. L.R. 3-13]

14  ORTHO-MCNEIL PHARMACEUTICAL,
    INC., a Delaware Corporation;
15  MCKESSON CORP. and DOES 1-500,
    inclusive,
16
17                Defendants.

18          Pursuant to Civil L.R. 3-13, defendants Ortho-McNeil Pharmaceutical, Inc.

19  ("OMP") and McKesson Corporation ("McKesson) (collectively "Defendants") submit

20  the following Notice of Pendency of Other Action or Proceeding:

21          On March 1, 2006, the Judicial Panel on Multidistrict Litigation ("JPML") created

22  MDL 1742, *In re Ortho Evra Products Liability Litigation*, ruling that all federal actions

23  involving allegations of injury or death from use of the prescription drug Ortho Evra® be

24  centralized for pre-trial purposes in the United States District Court for the Northern

25  District of Ohio, before the Honorable David A. Katz, Case Number 1:06-CV-40000-

26  DAK.  To date, over 500 cases have been transferred to MDL 1742, and transfers of

27  additional "tag-along" actions are pending.  Defendants have requested that this action be

28  deemed a "tag-along" and transferred to MDL No. 1742.  Pursuant to Civil L.R. 3-13,

1  defendants therefore respectfully request that this Court stay this action, pending transfer

2  to the MDL, to achieve the judicial economies that underlie 28 U.S.C. Section 1407

3  (Multi-District Litigation Procedures) and to avoid conflicts, conserve resources, and

4  promote an efficient determination of the action.

5  Please take notice that, in addition to MDL No. 1742, the following state court

6  actions also allege product liability claims against defendant Ortho-McNeil

7  Pharmaceutical, Inc. and/or other Johnson & Johnson companies related to use of the

8  prescription drug Ortho Evra®:

9  1. *In re Ortho Evra Birth Control Patch Litigation*, Superior Court of New

10 Jersey, Middlesex County, Case No. 275. To date, over 350 cases have been filed in the

11 Superior Court of New Jersey;

12 2. *Ablin, Liz, et al. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson &*

13 *Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.; Alza*

14 *Corporation; and Does 1 through 10, Inclusive*, Superior Court of California, County of

15 Los Angeles, Case No. BC-06-365729;

16 3. *Argenbright, Jenifer v. Ortho-McNeil Pharmaceutical Inc.; McKesson*

17 *Corp and Does 1-500, inclusive*, Superior Court of the State of California, County of San

18 Francisco, Case No. CGC-07-463331;

19 4. *Barnes, Sara, et al. v. Johnson & Johnson; Ortho-McNeil Pharmaceutical,*

20 *Inc; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.; Alza*

21 *Corporation, a Delaware Corporation; McKesson Corp.; and Does 1-500, Inclusive*,

22 Superior Court of California, County of Los Angeles, Case No. 07-BC366176;

23 5. *Bouchard, Brianna R., et al. v. Johnson & Johnson; Johnson & Johnson*

24 *Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil*

25 *Pharmaceutical, Inc.; and Does 1-50, Inclusive*, Superior Court of California, County of

26 Los Angeles, Case No. BC-06-357282;

27 6. *Bryant, Cynthia v. Johnson & Johnson, Ortho-McNeil Pharmaceutical,*

28 *Inc.; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.; Lisa P.*

1   *Otey, M.D.; Kelsey-Seybold Medical Group, P.A.; Kelsey-Seybold Clinic Woman's*

2   *Center; and St. Luke's Episcopal Health System Corporation,* Circuit District Court of

3   Harris County, Texas, Case No. 2007-16676;

4          7.  *Christopher, Audrey, et al. v. Little Company of Mary Health Services;*

5   *Providence Health System-Southern California; David F. Morgan, M.D.; Gerald I.*

6   *Wasserwald, M.D.; Robert D. Swift, M.D.; Bernard L. Ullman, M.D.; Robert Bates, D.C.;*

7   *Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson*

8   *Pharmaceutical Research and Development, L.L.C. fka R.W. Johnson Pharmaceutical*

9   *Research Institute; and Does 1 to 100, Inclusive,* Superior Court of California, County of

10  Los Angeles, Case No. YC-06-053282;

11         8.  *Christopher-Justice, Kai, et al. v. Ortho-McNeil Pharmaceutical, Inc.;*

12  *Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development,*

13  *L.L.C.; Alza Corporation; and Does 1-10, Inclusive,* Superior Court of California, County

14  of Los Angeles, Case No. BC-07-366885;

15         9.  *Czubernat, Ashley v. Alza, a Delaware corporation; Johnson & Johnson*

16  *Pharmaceutical Research & Development L.L.C.., a New Jersey corporation; Johnson &*

17  *Johnson, a New Jersey corporation; Ortho-McNeil Pharmaceutical, Inc., a New Jersey*

18  *corporation; and Does 1-25, inclusive,* Superior Court of California, County of San

19  Diego, Case Number GIC-872176-06;

20         10. *Faulkner, Raquel v. Ortho-McNeil Pharmaceutical, Inc.; Johnson &*

21  *Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C. f/k/a*

22  *R.W. Johnson Institute; Stanley L. Smith, Jr., M.D.; Stanley L. Smith, Jr., M.D. P.C.;*

23  *Methodist Healthcare; Methodist Healthcare Memphis Hospitals, d/b/a, Methodist*

24  *Germantown; Norberto R. Rojas, M.D.; and Medical Anesthesia Group, A Professional*

25  *Association,* Circuit Court of Shelby County, Tennessee, Case No. CI-005867-06;

26         11. *Galvan, Tina Marie, et al. v. Johnson & Johnson; Johnson & Johnson*

27  *Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil*

28  *Pharmaceutical, Inc.; and Does 1-50, Inclusive,* Superior Court of California, County of

1    Los Angeles, Case No. BC-07-367849;

2            12. *Gonzalez, Cariba, et al. v. Johnson & Johnson; Johnson & Johnson*

3    *Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil*

4    *Pharmaceutical, Inc.; and Does 1-50, Inclusive*, Superior Court of California, County of

5    Los Angeles, Case No. BC-06-363800;

6            13. *Greene, Stephanie v. Planned Parenthood Federation America, Inc.;*

7    *Planned Parenthood of Wisconsin, Inc.; Johnson & Johnson; Ortho-McNeil*

8    *Pharmaceutical, Inc.; Johnson & Johnson Pharmaceutical Research and Development,*

9    *L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; and Organon USA, Inc.*,

10   Circuit Court of Milwaukee County, State of Wisconsin, Cause No. 06-9081;

11           14. *Hale, Ronald and Hale, Johnna, Individually and as Next of Friend and*

12   *Special Administrators of the Estate of Jalisa K. Hale, deceased v. Ortho-McNeil*

13   *Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research*

14   *& Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; Dr. Elisa*

15   *Crouse, O.B.G.Y.N., Doctor Does 1-5; Corporate Does 1-5; and John and/or Jane Does*

16   *1-5*, District Court of Oklahoma County, State of Oklahoma, Case No. 06-7403;

17           15. *Hernandez, Ruth, et al. v. Johnson & Johnson; Johnson & Johnson*

18   *Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil*

19   *Pharmaceutical, Inc.; and Does 1-50, Inclusive*, Superior Court of California, County of

20   Los Angeles, Case No. BC-07-357282;

21           16. *Hunt, Tracy v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson;*

22   *and Johnson & Johnson Pharmaceutical Research and Development, L.L.C., f/k/a R.W.*

23   *Johnson Pharmaceutical Research Institute*, Third Judicial Circuit, Madison County,

24   Illinois, Cause No. 0193-06;

25           17. *Kennedy, Bridget, as Administratrix of the Estate of Zakiya Kennedy v.*

26   *Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development,*

27   *L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; and Ortho-McNeil*

28   *Pharmaceutical, Inc.*, New York Supreme Court, County of New York, Case No.

1    106921-05;

2          18. *Lewis, Bintha as Representative of the Estate of Ashley Lewis v. Johnson &*

3    *Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a*

4    *R.W. Johnson Pharmaceutical Research Institute; and Ortho-McNeil Pharmaceutical,*

5    *Inc.,* Circuit Court of the City of St. Louis, State of Missouri, Case No. 052-11741;

6          19. *Malcolm, Wanna, et al. v. Johnson & Johnson; Johnson & Johnson*

7    *Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil*

8    *Pharmaceutical, Inc.; and Does 1-50, Inclusive,* Superior Court of California, County of

9    Los Angeles, Case No. BC-06-361709;

10         20. *Maldonado, Nina v. Johnson & Johnson; Johnson & Johnson*

11   *Pharmaceutical Research & Development, L.L.C.; Alza, Inc.; and Ortho-McNeil*

12   *Pharmaceutical, Inc.,* State Court of Minnesota, County of Dakota;

13         21. *McNichols, Jennifer v.   Johnson & Johnson; Johnson & Johnson*

14   *Pharmaceutical Research and Development, L.L.C.; Ortho-McNeil Pharmaceutical, Inc.;*

15   *and Walgreen's Co.,* Third Judicial Circuit, Madison County, IL, Case No. 06-L-69;

16         22. *Moore, Brooke and Scotti, John, her husband v. Johnson & Johnson, Inc.*

17   *and Ortho-McNeil Pharmaceutical, Inc., foreign corporations authorized to do business*

18   *in the State of New York,* Supreme Court of New York, Suffolk County, Case No.  06-

19   35514;

20         23. *Nance, Patrice v. Johnson & Johnson; Johnson & Johnson Pharmaceutical*

21   *Research and Development, L.L.C.; and Ortho-McNeil Pharmaceutical, Inc.,* State of

22   New Mexico, County of Bernalillo, Second Judicial District, Case No.  CV2007-000123;

23         24. *Neal, Miriam v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson*

24   *Corporation; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.;*

25   *Fulton-Dekalb Hospital Authority d/b/a Grady Health Systems; The Emory Clinic, Inc.;*

26   *Emory University, Inc.; Morehouse Medical Associates, Inc.; Morehouse Medical School*

27   *Inc.; Hugh Randall, M.D.; John/Jane Does 1-10; and ABC Corps. 1-5,* Court of Dekalb

28   County, Georgia, Civil Action No. 06A-54270-2;

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

NOTICE OF PENDENCY                    5                    CASE NO

1      25. *Pierson, Jaime, et al. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson &*
2 *Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza*
3 *Corporation; and Does 1 through 10, Inclusive*, Superior Court of the State of California,
4 County of Los Angeles, Case No. BC-372341;

5      26. *Prasad, Kristin, et al. v. Johnson & Johnson; Johnson & Johnson*
6 *Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil*
7 *Pharmaceutical, Inc.; and Does 1-50*, Superior Court of California, County of Santa
8 Clara, Case No. 1-07-CV-78895;

9      27. *Ruiz, Aliesha v. Johnson & Johnson; Johnson & Johnson Pharmaceutical*
10 *Research & Development, L.L.C.; and Ortho-McNeil Pharmaceutical, Inc.*, State of New
11 Mexico, County of Bernalillo, Second Judicial District, Case No. CV2007 004933;

12      28. *Sanchez, Gloria, et al. v. Johnson & Johnson; Johnson & Johnson*
13 *Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil*
14 *Pharmaceutical, Inc.; McKesson Corporation; and Does 1-50, Inclusive*, Superior Court
15 of California, County of San Francisco, Case No. CGC-06-458689;

16      29. *Soleymani, Renee, et al. v. Johnson & Johnson; Johnson & Johnson;*
17 *Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation;*
18 *and Does 1 through 10, Inclusive*, Superior Court of the State of California, Los Angeles
19 County, Case No. BC-372034;

20      30. *Taylor-Rodriguez, Jean M. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson*
21 *& Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza*
22 *Corporation; and Does 1 through 10, Inclusive*, Superior Court of California, County of
23 Stanislaus, Case No. 613038;

24      31. *Theis, Jill, et al. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson &*
25 *Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C. f/k/a*
26 *R.W. Johnson Pharmaceutical Research Institute; and Walgreen Co.*, Third Judicial
27 Circuit, Madison County, Illinois, Cause No. 2006-L-784;

28      32. *Tinker, Cyrille v. Johnson & Johnson, Johnson & Johnson; Johnson &*

1 | *Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-*

2 | *McNeil Pharmaceutical, Inc.; and Does 1 through 100,* Supreme Court of the State of

3 | New York, County of New York, Case No. 07-107410;

4 | 33. *Trager, Nikole v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson;*

5 | *Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation;*

6 | *and Does 1 through 10, Inclusive,* Superior Court of California, County of San Diego,

7 | Case No. GIC-880407; and

8 | 34. *Watkins, Carrie L. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson &*

9 | *Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a*

10 | *R.W. Johnson Pharmaceutical Research Institute; Wisconsin Injured Patients and*

11 | *Families Compensation Fund; Dr. Robert E. Williams; Midwest Medical Insurance*

12 | *Company; and United Healthcare Insurance Company,* Wisconsin Superior Court,

13 | Milwaukee County, Civil Action No. 06-1407.

14

15 | Dated: June 29, 2007

16

17 | DRINKER BIDDLE & REATH

BRENDA N. BUONAIUTO
Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL,
INC. and MCKESSON CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

#385886 v1

NOTICE OF PENDENCY

7

CASE NO