JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 20 2007

FILED
CLERK'S OFFICE

FILED
AUG 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1742

### IN RE Ortho Evra Products Liability Litigation

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-47)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 608 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 7 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-47 - TAG-ALONG ACTIONS
## MDL NO. 1742
### IN RE Ortho Evra Products Liability Litigation

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 07-3423 | Jenifer Argenbright, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| CAN | 3 | 07-3424 | Terri Randall v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| NEW JERSEY | | | |
| NJ | 3 | 07-2317 | Rebecca C. Gorzo v. Johnson & Johnson, et al. |
| NJ | 3 | 07-2468 | Christine Montalvo v. Johnson & Johnson, et al. |
| NJ | 3 | 07-2469 | Anna Monge, et al. v. Johnson & Johnson, et al. |

**INVOLVED COUNSEL LIST (CTO-47)**
**MDL NO. 1742**
**IN RE Ortho Evra Products Liability Litigation**

Janet G. Abaray
Burg, Simpson, Eldredge, Hersh & Jardine, P.C.
312 Walnut Street
Suite 2090
Cincinnati, OH 45202

Brenda N. Buonaiuto
Drinker Biddle & Reath, LLP
50 Fremont Street
20th Floor
San Francisco, CA 94105-2235

Julie A. Callsen
Tucker Ellis & West, LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115-1414

Brian S. Kabateck
Kabateck, Brown, Kellner, L.L.P
644 South Figueroa Street
Los Angeles, CA 90017

Shawn Khorrami
Law Offices of Shawn Khorrami
14550 Haynes Street
Third Floor
Van Nuys, CA 91411

Melanie H. Muhlstock
Parker Waichman Alonso, LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402

Dylan Pollard
Law Offices of Shawn Khorrami
14550 Haynes Street
Third Floor
Van Nuys, CA 91411

Susan M. Sharko
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047